Circuit denied. *Messrs. J. M. McCormick, S. M. Leftwich,* and *Paul Carrington* for petitioners. *Mr. David B. Trammett* for respondent.

———

No. 868. CAROLINE H. MCDOWELL, EXECUTRIX OF THE ESTATE OF JESSE C. MCDOWELL, DECEASED *v.* D. B. HEINER, COLLECTOR OF INTERNAL REVENUE. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William G. Heiner* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Sewall Key,* and *A. W. Gregg* for respondent.

———

No. 871. ORMSBY MCKNIGHT MITCHEL *v.* FRANK K. BOWERS, COLLECTOR OF INTERNAL REVENUE. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herman Aaron* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Sewall Key* for respondent.

———

No. 877. FEDERAL TRADE COMMISSION *v.* HARRIET HUBBARD AYER, INC. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Mitchell,* and *Messrs. Bayard T. Hainer,* and *Adrian F. Busick* for petitioner. *Mr. Ernest W. Marlow* for respondent.

———

No. 870. UNITED STATES *v.* SAKHARAM GANESH PANDIT. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States. No appearance for respondent.